STATE OF NEW JERSEY v. JAMES KEMP.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROGER MUNDY.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CLAUDE JETER.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL BRICKER.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE REESE.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED W. HUGHES.

September 23, 1976. Petition for certification denied.